**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

vs.                                    CASE NO.:   5:04cr23/MCR
                                                   5:07cv277/MCR/MD

KEIDRIC COOK

_____/

_____ **O R D E R**

  The defendant has filed a notice of appeal (doc. 216) and a motion for certificate of appealability (doc. 217) with respect to the order entered on June 3, 2008 (doc. 211). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief. <u>See</u> 28 U.S.C. 2253(c)(1)(B).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

  Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of June 3, 2008, a certificate of appealability is DENIED.

  No motion for leave to proceed *in forma pauperis* has been filed.  The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal.  Accordingly, the $455.00 filing fee shall be paid within 30 days from the date of this order.

  DONE AND ORDERED this 8th day of August, 2008.


       *s/ M. Casey Rodgers*
       **M. CASEY RODGERS**
       **UNITED STATES DISTRICT JUDGE**