Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.   Case No.:  5:04cr23/MCR/CJK

KEIDRIC COOK

_____/

### O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 5, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion for relief from final judgment (doc. 237), filed pursuant to FEDERAL RULE OF CIVIL PROCEDURE 60(b) is DENIED.

3. Because defendant is not entitled to relief from the final judgment, the motion to amend (doc. 236) is DENIED.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of April, 2012.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**